JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SARA ARREDONDO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina Corporation, doing business as LOWE'S; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.:  8:16-cv-01663-JLS-JCG<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff SARA ARREDONDO is hereby dismissed in its entirety, with prejudice.


Dated:  June 27, 2017

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
U.S. DISTRICT JUDGE